## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

JUSTIN DALE CHURCH,                                Civil No. 24-1235 (JRT/DTS)

        Plaintiff,

v.                                                                        **ORDER**

PAUL SCHNELL, et al.*,*

        Defendant.

---

Justin Dale Church, OID #228052, MCF Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on May 19, 2024. (ECF No. 5) No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      This action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2.      Plaintiff Justin Dale Church's application to proceed *in forma pauperis*, Dkt. No. 4, be **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: June 25, 2024
at Minneapolis, Minnesota                           s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                              United States District Court